UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SEGAL,<br><br>                       Plaintiff,<br><br>-against-<br><br>NEW YORK STATE UNIFIED COURT SYSTEM; OFFICE OF COURT ADMINISTRATION; APPELLATE DIVISION FIRST JUDICIAL DEPARTMENT; JANET DEFIORE, CHIEF JUDGE NEW YORK STATE COURT OF APPEALS,<br><br>                       Defendants. | 21-CV-2545 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 7, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under the doctrines of Eleventh Amendment immunity, absolute judicial immunity, and the *Rooker-Feldman* doctrine. The Court declines to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service of notice and documents in this action. (ECF 5.)

SO ORDERED.

Dated:   May 7, 2021
           New York, New York

                                                            /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                     Chief United States District Judge